IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 05 2025

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:25CR 21 |
| | § | Judge: Crone-Stetson |
| LEON RICHARD III | § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about October 5, 2024, in the Eastern District of Texas, **Leon Richard III**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a Hi-Point, model: CF380, .380 caliber pistol bearing serial number: P824873 while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year.

All in violation of 18 U.S.C. Section 922(g)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

ABE MCGOTHIN, JR.
ACTING UNITED STATES ATTORNEY

_Rachel Shaw for_
Russell E. James
Assistant United States Attorney

3-5-25
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 1:25CR 21 |
| | § |
| LEON RICHARD III | § |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 922(g)(1)

Penalty:   Imprisonment of not more than fifteen (15) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment:   $ 100.00

**Notice of Penalty-Page 1**